Case 1:24-cv-08540-AMD-CHK    Document 1-7    Filed 12/13/24    Page 1 of 12 PageID #: 58

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------------- X

JOHN BROWN and FIONA BROWN,

          Plaintiffs,

    -against-


GILBANE BUILDING COMPANY, GILBANE INC.,
GILBANE DEVELOPMENT COMPANY, and P.M.T.
ASSOCIATES,



          Defendants.


------------------------------------------------------------------- X

GILBANE BUILDING COMPANY, GILBANE INC.,
GILBANE DEVELOPMENT COMPANY,

          Third-Party Plaintiffs,

    -against-

PJP INSTALLERS, INC.,

          Third-Party Defendant.

------------------------------------------------------------------- X

INDEX NO. 152038/2023

**NOTICE PURSUANT TO C.P.L.R. 3402(B)**

**COUNSELORS:**

    **PLEASE TAKE NOTICE** that by Third-Party Summons and Verified Complaint dated

February 16, 2024, Defendants/Third-Party Plaintiffs, GILBANE BUILDING COMPANY,

GILBANE INC., GILBANE DEVELOPMENT COMPANY have impleaded into this action PJP

INSTALLERS, INC., as a Third-Party Defendant. The caption is hereby amended as stated above.


4886-9506-3198.1

Case 1:24-cv-08540-AMD-CHK   Document 1-7   Filed 12/13/24   Page 2 of 12 PageID #: 59

**PLEASE TAKE FURTHER NOTICE** that a copy of this Statement has been served

upon all parties who have appeared in this action.  A Note of Issue had not yet been served, and

this action has not been noticed for trial.


Dated:  New York, New York
        February 21, 2024

ROPERS MAJESKI, P.C.

By:

/s/ Jeremy A. Pollack_____
Jeremy A. Pollack, Esq.
*Attorneys for Defendants/Third-Party Plaintiffs*
GILBANE BUILDING COMPANY,
GILBANE INC., and GILBANE
DEVELOPMENT COMPANY
750 Third Avenue, 25th Floor
New York, New York 10017
Tel.: (646) 454-3297


To:

**Via Secretary of State**
PJP INSTALLERS, INC.

CONSTANTINIDIS & ASSOCIATES, P.C.
Steven T. Lane, Esq.
Attorneys for Plaintiffs
2492 Merrick Road
Bellmore, New York 11710

T.M.P. ASSOCIATES
219 42st Street
Brooklyn, New York 11214

4886-9506-3198.1

Case 1:24-cv-08540-AMD-CHK     Document 1-7     Filed 12/13/24     Page 3 of 12 PageID #: 60

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

----------------------------------------------------------------------- X
JOHN BROWN and FIONA BROWN,

               Plaintiffs,

    -against-


GILBANE BUILDING COMPANY, GILBANE INC.,
GILBANE DEVELOPMENT COMPANY, and P.M.T.
ASSOCIATES,



               Defendants.

----------------------------------------------------------------------- X
GILBANE BUILDING COMPANY, GILBANE INC.,
GILBANE DEVELOPMENT COMPANY,

               Third-Party Plaintiffs,

     -against-

PJP INSTALLERS, INC.,

               Third-Party Defendant.


----------------------------------------------------------------------- X

|  |  |
|---|---|
| INDEX NO. 152038/2023 | |
| **THIRD-PARTY SUMMONS** | |

**TO THE ABOVE-NAMED THIRD-PARTY DEFENDANT**:

      You are hereby summoned to answer the annexed Third-Party Complaint of the Third-Party Plaintiffs, and the Complaint of the Plaintiffs, copies of which are herewith served upon you, and to serve your Answer on the undersigned attorneys whose address is 750 Third Ave., 25th Floor, New York, New York 10017, within twenty (20) days after service of this summons,

4886-9506-3198.1

Case 1:24-cv-08540-AMD-CHK    Document 1-7    Filed 12/13/24    Page 4 of 12 PageID #: 61

exclusive of the date of service or within thirty (30) days after service is complete if service is

made by any method other than personal delivery to you within the State of New York.

In case of your failure to answer the Third-Party Complaint of the Third-Party Plaintiffs,

judgment will be taken against you in default for the relief sought in the Third-Party Plaintiff's

Complaint.

Dated: New York, New York
       February 21, 2024

ROPERS MAJESKI, P.C.

By:

/s/ Jeremy A. Pollack
Jeremy A. Pollack, Esq.
*Attorneys for Defendants/Third-Party Plaintiffs*
GILBANE BUILDING COMPANY, GILBANE INC., and GILBANE DEVELOPMENT COMPANY
750 Third Avenue, 25th Floor
New York, New York 10017
Tel.: (646) 454-3297

To:

**Via Secretary of State**
PJP INSTALLERS, INC.

CONSTANTINIDIS & ASSOCIATES, P.C.
Steven T. Lane, Esq.
Attorneys for Plaintiffs
2492 Merrick Road
Bellmore, New York 11710

T.M.P. ASSOCIATES
219 42st Street
Brooklyn, New York 11214

4886-9506-3198.1

Case 1:24-cv-08540-AMD-CHK    Document 1-7    Filed 12/13/24    Page 5 of 12 PageID #: 62

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------------- X

JOHN BROWN and FIONA BROWN,                          :
                                                     :        INDEX NO. 152038/2023
                         Plaintiffs,                 :
                                                     :
            -against-                                :
                                                     :        **VERIFIED THIRD-PARTY**
                                                     :        **COMPLAINT**
                                                     :
GILBANE BUILDING COMPANY, GILBANE INC.,              :
GILBANE DEVELOPMENT COMPANY, and P.M.T.              :
ASSOCIATES,                                          :
                                                     :
                                                     :
                                                     :
                                                     :
                                                     :
                         Defendants.                 :
                                                     :
                                                     :
------------------------------------------------------------------- X
                                                     :
GILBANE BUILDING COMPANY, GILBANE INC.,              :
GILBANE DEVELOPMENT COMPANY,                         :
                                                     :
                    Third-Party Plaintiffs,          :
                                                     :
            -against-                                :
                                                     :
PJP INSTALLERS, INC.,                                :
                                                     :
                    Third-Party Defendant.           :
                                                     :
                                                     :
------------------------------------------------------------------- X

**TO THE ABOVE-NAMED THIRD-PARTY DEFENDANT:**

Defendants/Third-Party Plaintiffs GILBANE BUILDING COMPANY, GILBANE INC.,

GILBANE DEVELOPMENT COMPANY (hereinafter collectively "Third-Party Plaintiffs"), by

their attorneys, ROPERS MAJESKI P.C., complaining of Third-Party Defendant, PJP

INSTALLERS, INC. (hereinafter referred to as "Third-Party Defendant"), as and for their Third-

Party Complaint, allege based upon information and belief, as follows:

4886-9506-3198.1

Case 1:24-cv-08540-AMD-CHK Document 1-7 Filed 12/13/24 Page 6 of 12 PageID #: 63

1.      That at all times hereinafter mentioned, GILBANE BUILDING COMPANY, was and is a foreign business corporation duly registered and authorized to conduct business in the State of New York.

2.      That at all times hereinafter mentioned, GILBANE, INC., was and is a foreign business corporation duly registered and authorized to conduct business in the State of New York.

3.      That at all times hereinafter mentioned, GILBANE DEVELOPMENT COMPANY, was and is a foreign business corporation duly registered and authorized to conduct business in the State of New York.

4.      That at all times hereinafter mentioned, P.M.T. ASSOCIATES, was a duly incorporated domestic corporation duly registered and authorized to conduct business in the State of New York.

5.      That upon information and belief and as alleged in the underlying Complaint, at all times hereinafter mentioned, Plaintiffs JOHN BROWN and FIONA BROWN (hereinafter collectively "Plaintiffs") were residents of the State of Pennsylvania.

6.      That upon information and belief, at all times hereinafter mentioned, Third-Party Defendant was and still is a domestic business corporation duly licensed and authorized to conduct business in the State of New York.

7.      That upon information and belief, at all times hereinafter mentioned Third-Party Defendant conducted business within the State of New York.

8.      That upon information and belief, at all times hereinafter mentioned, Third-Party Defendant derived and continues to derive substantial revenues within the State of New York.

9.      Plaintiffs commenced the above-captioned action in the Supreme Court of the State of New York, County of New York, under Index Number 152038/2023 ("the Action") to recover

4886-9506-3198.1

Case 1:24-cv-08540-AMD-CHK    Document 1-7    Filed 12/13/24    Page 7 of 12 PageID #:
64

damages for personal injuries allegedly sustained as a result of an incident that allegedly occurred on or about November 23, 2022.

10.     For the sole purpose of the Third-Party Complaint, Third-Party Plaintiffs incorporate herein by reference the allegations set forth in Plaintiffs' Complaint, a copy of which is annexed hereto as **Exhibit "A,"** without admitting or conceding the truth of said allegations therein.

11.     Third-Party Plaintiffs answered Plaintiffs' Complaint on or about May 1, 2023, the contents of which are incorporated herein by reference as though more fully set forth at length herein. A copy of Third-Party Plaintiffs' Answer to the Complaint is annexed hereto as **Exhibit "B."**

### The Relevant Contract

12.     On or about August 10, 2021, Third-Party Defendant entered into a written subcontract agreement with non-party BRICKENS CONSTRUCTION INC. ("Brickens") for Third-Party Defendant perform construction services at the premises where the incident described in Plaintiffs' Complaint allegedly occurred (hereinafter the "Subcontract").

13.     On information and belief and as alleged in the underlying Complaint, on November 23, 2022, Plaintiff JOHN BROWN (hereinafter "Plaintiff") was working at the subject premises as an employee of Third-Party Defendant.

14.     Pursuant to the terms of the Subcontract, Third-Party Defendant agreed to indemnify, defend and hold harmless Third-Party Plaintiffs from and against any and all claims, suits, damages, liabilities, professional fees, including attorneys' fees, costs, courts costs, expenses and disbursements related to personal injuries or the alleged violation of any laws, statues, rules or ordinances arising out of or in connection with or as a result of or as a consequence of the

4886-9506-3198.1

Case 1:24-cv-08540-AMD-CHK    Document 1-7    Filed 12/13/24    Page 8 of 12 PageID #: 65

performance of the work to be undertaken by Third-Party Defendant in connection with the Subcontract.

15.    Additionally, pursuant to the Subcontract, Third-Party Defendant was required to procure commercial general liability and excess insurance coverage and name Third-Party Plaintiffs as additional insureds on the relevant policy or policies procured by Third-Party Defendant on a primary and non-contributory basis.

### AS AND FOR THE FIRST CAUSE OF ACTION AS TO THIRD-PARTY DEFENDANT
### (CONTRACTUAL INDEMNIFICATION)

16.    Third-Party Plaintiffs repeat, reiterate and reallege each and every allegation contained in paragraphs "1" through "15" with the same force and effect as if fully set forth at length herein.

17.    That pursuant to the terms of the Subcontract, Third-Party Defendant agreed to, among other things, indemnify, defend and hold harmless Third-Party Plaintiffs from and against any and all claims, suits, damages, liabilities, professional fees, including attorneys' fees, costs, courts costs, expenses and disbursements related to personal injuries or the alleged violation of any laws, statues, rules or ordinances arising out of or in connection with or as a result of or as a consequence of the performance of the work to be undertaken by Third-Party Defendant in connection with the Subcontract.

18.    That if Plaintiff sustained the injuries and damages in the manner and at the time and place alleged, and if it is found that Third-Party Plaintiffs are liable herein, then Third-Party Plaintiffs, on the basis of contractual indemnification, have judgment over and against Third-Party Defendant for any verdict or judgment that may be recovered against Third-Party Plaintiffs, together with costs, disbursements and any attorneys' fees actually incurred in the defense hereof.

4886-9506-3198.1

19.     By reason of the foregoing, Third-Party Defendant will be liable to Third-Party Plaintiffs for the full amount of any recovery had herein against Third-Party Plaintiffs, together with costs, disbursements and any attorneys' fees actually incurred in the defense hereof.

## AS AND FOR THE SECOND CAUSE OF ACTION AS TO THIRD-PARTY DEFENDANT
### (BREACH OF CONTRACT)

20.     Third-Party Plaintiffs repeat, reiterate and reallege each and every allegation contained in paragraphs "1" through "19" with the same force and effect as if fully set forth at length herein.

21.     That pursuant to the terms of the Subcontract, Third-Party Defendant was required, among other things, to procure commercial general liability and excess insurance coverage and name Third-Party Plaintiffs as additional insureds on the relevant policy or policies procured by Third-Party Defendant on a primary and non-contributory basis.

22.     Upon information and belief, Third-Party Defendant breached the Subcontract by failing to procure the required insurance coverage for the benefit of Third-Party Plaintiffs in accordance with the terms of the Subcontract.

23.     By reason of the foregoing, Third-Party Defendant will be liable to Third-Party Plaintiffs for all damages, including Third-Party Plaintiffs' costs for procuring insurance coverage for their benefit, as well as the full amount of any recovery had herein against Third-Party Plaintiffs, together with costs, disbursements and any attorneys' fees actually incurred in the defense thereof.

## AS AND FOR THE THIRD CAUSE OF ACTION AS TO THE THIRD-PARTY DEFENDANT
### (COMMON LAW INDEMNIFICATION)

4886-9506-3198.1

Case 1:24-cv-08540-AMD-CHK    Document 1-7    Filed 12/13/24    Page 10 of 12 PageID #: 67

24.      Third-Party Plaintiffs repeat, reiterate and reallege each and every allegation contained in paragraphs "1" through "23" with the same force and effect as if fully set forth at length herein.

25.      That if Plaintiff sustained the injuries and damages in the manner and at the time and place alleged, then Third-Party Plaintiffs, on the basis of common law indemnification, are entitled to indemnification from and judgment over and against Third-Party Defendant for any verdict or judgment that may be recovered against Third-Party Plaintiffs, together with the costs, disbursements and any attorneys' fees actually incurred in the defense thereof.

26.      That by reason of the foregoing, Third-Party Defendant will be liable to Third-Party Plaintiffs for the full amount of any recovery had herein against Third-Party Plaintiffs, together with costs, disbursements and any attorneys' fees actually incurred in the defense thereof.

## AS AND FOR THE FOURTH CAUSE OF ACTION AS TO THE THIRD-PARTY DEFENDANT
### (CONTRIBUTION)

27.      Third-Party Plaintiffs repeat, reiterate and reallege each and every allegation contained in paragraphs "1" through "26" with the same force and effect as if fully set forth at length herein.

28.      That if Plaintiff was caused to sustain damages at the time, place, and in the manner set forth in Plaintiff's Complaint for any reason other than Plaintiff's own carelessness, recklessness, and/or negligence, said damages were sustained by reason of the carelessness, recklessness, and/or negligence of Third-Party Defendant, its subcontractors, agents, servants, and/or employees without any negligence on the part of Third-Party Plaintiffs contributing thereto.

29.      By reason of the foregoing, Third-Party Defendant is liable to Third-Party Plaintiffs for any recovery had herein against Third-Party Plaintiffs or for the portion thereof that represents

4886-9506-3198.1

the proportionate share of responsibility of Third-Party Defendant, together with costs, disbursements, and any attorneys' fees actually incurred in the defense thereof.

**WHEREFORE**, Third-Party Plaintiffs demands judgment in the event Third-Party Plaintiffs are liable herein, then Third-Party Plaintiffs, on the basis of contractual indemnification, breach of contract, and/or common law indemnification and/or contribution, have judgment over and against Third-Party Defendant for all or part of any verdict or judgment which may be recovered against Third-Party Plaintiffs, and for Third-Party Plaintiffs' cost to procure insurance coverage for their own benefit, together with the costs and disbursements of this action and for any expenses incurred by them in the defense thereof, including attorney's fees actually expended.

Dated:  New York, New York
        February 21, 2024

                                                ROPERS MAJESKI, P.C.

                                        By:

                                                */s/ Jeremy A. Pollack*_____
                                                Jeremy A. Pollack, Esq.
                                                *Attorneys for Defendants/Third-Party*
                                                *Plaintiffs*
                                                GILBANE BUILDING COMPANY,
                                                GILBANE INC., and GILBANE
                                                DEVELOPMENT COMPANY
                                                750 Third Avenue, 25th Floor
                                                New York, New York 10017
                                                Tel.: (646) 454-3297

To:

**Via Secretary of State**
PJP INSTALLERS, INC.

CONSTANTINIDIS & ASSOCIATES, P.C.
Steven T. Lane, Esq.
Attorneys for Plaintiffs
2492 Merrick Road
Bellmore, New York 11710

T.M.P. ASSOCIATES
219 42st Street
Brooklyn, New York 11214

4886-9506-3198.1

Case 1:24-cv-08540-AMD-CHK    Document 1-7    Filed 12/13/24    Page 12 of 12 PageID #: 69

# **VERIFICATION**

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

JEREMY A. POLLACK, an attorney duly admitted to practice law before the Courts of the State of New York, hereby deposes and says:

I am Of Counsel with the firm of ROPERS MAJESKI, P.C. attorneys for Defendants/Third-Party GILBANE BUILDING COMPANY, GILBANE INC., GILBANE DEVELOPMENT COMPANY, in the within action.

I am fully familiar with the facts and circumstances of this action from a review of the file maintained by this office.

I have read the foregoing Third-Party Verified Complaint and know the contents thereof and same is true to my knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

The reason this verification is made by me and not by the Third-Party Plaintiffs is because Third-Party Plaintiffs are corporations.

Dated: New York, New York
       February 21, 2024

                                        */s/ Jeremy A. Pollack*
                                        JEREMY A. POLLACK

4886-9506-3198.1