UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------ X
JOHN BROWN and FIONA BROWN,

        Plaintiffs,

  -against-

GILBANE BUILDING COMPANY, GILBANE, INC., GILBANE DEVELOPMENT COMPANY, P.M.T. ASSOCIATES, and THE CITY OF NEW YORK,

        Defendants.

------------------------------------------------ X
GILBANE BUILDING COMPANY, GILBANE, INC., GILBANE DEVELOPMENT COMPANY,

        Third-Party Plaintiffs,

  -against-

PJP INSTALLERS, INC.,

        Third-Party Defendant.
------------------------------------------------ X

Civ. No.: 1:24-CV-08540-AMD-JRC

**STIPULATION TO FILE AMENDED THIRD-PARTY COMPLAINT AND ORDER**

## RECITALS

A.    On March 3, 2023, plaintiffs John Brown and Fiona Brown ("Plaintiffs") commenced this action against Gilbane Building Company, Gilbane, Inc., Gilbane Development Company (collectively "Gilbane"), and P.M.T. Associates in New York Supreme Court, New York County. Plaintiff's assert violations of New York Labor Law Sections 240(1), 241(6) and 200.

B. On June 23, 2023, Plaintiffs commenced a related action against the City of New York in New York Supreme Court, Kings County (the "Related Action"). Plaintiff's assert identical violations of New York Labor Law Sections 240(1), 241(6) and 200 against the City of New York.

C. On February 21, 2024, Gilbane commenced a third-party action against PJP Installers, Inc. in this action asserting causes of action sounding in contractual and common law indemnification, contribution and breach of contract in connection with the claims being made against Gilbane by Plaintiffs.

D. On June 10, 2024, PJP Installers, Inc. filed its answer to the Third-Party Complaint denying any liability to Gilbane.

E. On June 24, 2024, the law firm of Ropers Majeski PC substituted in as counsel for the City of New York in the Related Action.

F. On November 25, 2024, this action was consolidated into the Related Action for joint discovery and trial.

G. On December 13, 2024, Gilbane and the City of New York removed this action to the United States District Court, Eastern District of New York.

H. The City of New York is the owner of the subject premises. The City of New York has advised counsel for PJP Installers, Inc., in the course of this litigation, that The City of New York intends to assert against PJP Installers, Inc. claims for contractual and common law indemnification, contribution and breach of contract pursuant to the contract entered into by PJP Installers, Inc. for the work it performed at the subject construction site.

I. Pursuant to this Stipulation, the parties seek to allow the filing of an Amended Verified Third-Party Complaint permitting The City of New York's claims against PJP Installers,

Inc. for contractual and common law indemnification, contribution and breach of contract so that all claims by The City of New York against PJP Installers, Inc. may be resolved in this proceeding.

J.      Neither Gilbane or The City of New York by the filing of the Amended Verified Third-Party Complaint seek any extension of time or alteration to the Scheduling Order previously entered by the Court. In stipulating that leave should be granted for the filing of the Amended Verified Third-Party Complaint in the form attached hereto as Exhibit A, PJP Installers, Inc. does not admit any liability for any of the matters claimed, and the parties do not seek to modify any of the dates set by the Court in its Scheduling Order.

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that:

1.      An Amended Verified Third-Party Complaint in the form attached hereto as Exhibit A may be filed in this action;

2.      PJP Installers, Inc. shall file its response to the Amended Verified Third-Party Complaint within 21 days of service of the Amended Verified Third-Party Complaint; and

3.      All other pre-trial and trial dates set by the Courts' Scheduling Order shall remain unchanged.

| | |
|---|---|
| Dated: New York, New York<br>March 12, 2025 | ROPERS MAJESKI PC<br><br>By: _____<br>ALEX FERMOSO<br><br>Attorneys for Defendants/Third-Party Plaintiffs GILBANE BUILDING COMPANY, GILBANE, INC., GILBANE DEVELOPMENT COMPANY, and Defendant/ Third-Party Plaintiff in the Proposed Amended Verified Third-Party Complaint THE CITY OF NEW YORK |
| Dated: New York, New York<br>March __, 2025 | CLYDE & CO.<br><br>By: _____<br>THOMAS J. MARONEY<br><br>Attorneys for Third-Party Defendant PJP INSTALLERS, INC. |
| Dated: New York, New York<br>March /2, 2025 | CONSTANTINIDIS & ASSOCIATES P.C.<br><br>By: _____<br>STEVEN T. LANE<br><br>Attorneys for Plaintiffs JOHN BROWN AND FIONA BROWN |

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: March 14, 2025

By: *James R. Cho*
HON. JAMES R. CHO
UNITED STATES MAGISTRATE JUDGE