IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BROWN and FIONA BROWN,<br><br>Plaintiff,<br><br>v.<br><br>GILBANE BUILDING COMPANY, GILBANE INC., GILBANE DEVELOPMENT COMPANY, and P.M.T. ASSOCIATES,<br><br>Defendants. | Civil Action No. 1:24-CV-08540-AMD-JRC |
| GILBANE BUILDING COMPANY, GILBANE INC., GILBANE DEVELOPMENT COMPANY,<br><br>Plaintiff,<br><br>v<br><br>PJP INSTALLERS, INC.,<br><br>Defendants. | |

## JOINT STIPULATION OF DISMISSAL AS TO DEFENDANTS GILBANE INC., GILBANE DEVELOPMENT COMPANY WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-captioned action and any and all cross-claims and third-party claims asserted therein is voluntarily dismissed, without prejudice against Defendants Gilbane Inc., Gilbane Development Company pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs to any party as against the other.

Dated: June 12, 2025

4931-5667-0797.1

_____  _____
Steven T. Lane, Esq.            Alex Fermoso, Esq.
CONSTANTINIDIS & ASSOCIATES, P.C.  ROPERS MAJESKI, P.C.
2492 Merrick Road               800 Third Avenue, 29th Floor
Bellmore, New York 11710        New York, New York 10022
Phone: (516) 679-7700           alex.fermoso@ropers.com
constantinidis.associates@gmail.com  *Attorneys for Defendants /*
*Attorneys for Plaintiffs*      *Third-Party Plaintiffs*
                                GILBANE BUILDING COMPANY, GILBANE
                                INC., GILBANE DEVELOPMENT
                                COMPANY


*David M. Zimmerman*
_____
Thomas J. Maroney, Esq.
David M. Zimmerman, Esq.
CLYDE & CO.
405 Lexington Avenue, 16th Floor
New York, New York 10174
(212) 710-3900
thomas.maroney@clydeco.us
david.zimmerman@clydeco.us
*Attorneys for Third-Party Defendant*
PJP INSTALLERS, INC.


                                        SO ORDERED:

                                        _____
                                        Hon. James R. Cho