IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BROWN and FIONA BROWN,<br><br>Plaintiff,<br><br>v.<br><br>GILBANE BUILDING COMPANY, GILBANE INC., GILBANE DEVELOPMENT COMPANY, and P.M.T. ASSOCIATES,<br><br>Defendants. | Civil Action No. 1:24-CV-08540-AMD-JRC |
| GILBANE BUILDING COMPANY, GILBANE INC., GILBANE DEVELOPMENT COMPANY,<br><br>Plaintiff,<br><br>v<br><br>PJP INSTALLERS, INC.,<br><br>Defendants. | |

## **JOINT STIPULATION OF DISMISSAL AS TO DEFENDANTS GILBANE INC., GILBANE DEVELOPMENT COMPANY WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-captioned action and any and all cross-claims and third-party claims asserted therein is voluntarily dismissed, without prejudice against Defendants Gilbane Inc., Gilbane Development Company pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs to any party as against the other.

Dated: June 12, 2025

[signature]
Steven T. Lane, Esq.
CONSTANTINIDIS & ASSOCIATES, P.C.
2492 Merrick Road
Bellmore, New York 11710
Phone: (516) 679-7700
constantinidis.associates@gmail.com
*Attorneys for Plaintiffs*

[signature]
Alex Fermoso, Esq.
ROPERS MAJESKI, P.C.
800 Third Avenue, 29th Floor
New York, New York 10022
alex.fermoso@ropers.com
*Attorneys for Defendants /
Third-Party Plaintiffs*
GILBANE BUILDING COMPANY, GILBANE INC., GILBANE DEVELOPMENT COMPANY

*David M. Zimmerman*
Thomas J. Maroney, Esq.
David M. Zimmerman, Esq.
CLYDE & CO.
405 Lexington Avenue, 16th Floor
New York, New York 10174
(212) 710-3900
thomas.maroney@clydeco.us
david.zimmerman@clydeco.us
*Attorneys for Third-Party Defendant*
PJP INSTALLERS, INC.

SO ORDERED:

/s/ Ann M. Donnelly
_____
THE HONORABLE ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE

4931-5667-0797.1